UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Pensacola Division)

| | | |
|---|---|---|
| INTELLIGENT MANAGEMENT SOLUTIONS, INC. d/b/a IMS EXPERT SERVICES 4400 Bayou Boulevard, Suite 6 Pensacola, Florida  32503, | : : : : | CASE NO.: |
| Plaintiff, | : | JUDGE: |
| v. | : | |
| VERINT SYSTEMS, INC. 175 Broad Hollow Road, Suite 100 Melville, New York  11747, | : : | |
| and, | : | |
| VERINT AMERICAS, INC. 175 Broad Hollow Road, Suite 100 Melville, New York 11747, | : : | |
| Defendants. | : | |
| *Also serve:* | : | |
| Corporation Service Company 2711 Centerville Road, Suite 400 Wilmington, Delaware  19808 | : : | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Now comes Plaintiff Intelligent Management Solutions, Inc. d/b/a IMS Expert Services ("IMS"), by and through undersigned counsel, and for its Complaint against Defendants Verint Systems, Inc. and Verint Americas, Inc. ("Verint Defendants") states as follows:

1. At all times relevant hereto, Plaintiff IMS was and is a corporation organized under the laws of the State of Florida having its principal place of business in Pensacola (Escambia County), Florida. Plaintiff IMS was and is in the business of providing consulting services to consumers.

2. Defendant Verint Systems, Inc. is a corporation organized under the laws of the State of Delaware having its principal place of business in Melville, New York.

3. Defendant Verint Americas, Inc. is a corporation organized under the laws of the state of Delaware having its principal place of business in Melville, New York. Defendant Verint Americas, Inc. is registered to conduct business as a foreign corporation in the State of Florida.

4. The Verint Defendants are analytics corporations engaged in the business of selling and providing software and hardware products for security, surveillance, and business intelligence, including such services and products in the State of Florida.

5. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because Plaintiff IMS and the Verint Defendants are citizens of different states, and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

6. This Court has personal jurisdiction over the Verint Defendants because they engage in substantial business activity within the State of Florida. Personal jurisdiction is also proper because the Verint Defendants entered into the subject contract for expert services in the State of Florida.

7. Venue is proper under 28 U.S.C. § 1391 because the subject expert services contract as entered into in this judicial district, and Plaintiff IMS maintains its principal place of business in this judicial district.

8. On April 26, 2016, Plaintiff IMS and the Verint Defendants entered into a contract for the retention and use of an IMS subcontractor as an expert for the Verint Defendants. A copy of the contract is attached as **Exhibit A**.

9. As consideration for the use of the expert, the Verint Defendants agreed to pay the expert's hourly rate and Plaintiff IMS's fees directly to Plaintiff IMS. The Verint Defendants also agreed to pay the hourly rate and IMS's fees for the expert's anticipated support staff, and they agreed to reimburse Plaintiff IMS for all reasonable expenses incurred by the expert.

10. Pursuant to the terms of the contract, Plaintiff IMS and the Verint Defendants agreed invoices would be presented to the Verint Defendants by Plaintiff IMS on a monthly basis, and payment would be due within 30 days of the invoice date.

11. Pursuant to the contract, in the event of a dispute arising under the contract, the prevailing party is entitled to recover attorneys' fees and costs incurred in connection with the dispute.

## COUNT I
## BREACH OF CONTRACT

12. Plaintiff IMS incorporates the allegations of Paragraphs 1 through 11 of the Complaint as if fully set forth below.

13. Pursuant to the terms of the contract, the Verint Defendants utilized the services of Plaintiff IMS's expert Benedict Occhiogrosso of DVI Communications, Inc.

- 4 -

14. Plaintiff IMS presented the following invoices to the Verint Defendants for payment: June 14, 2016, invoice in the amount of $84,857.67; June 30, 2016, invoice in the amount of $215,107.96; July 31, 2016, invoice in the amount of $137,433.95; August 31, 2016, invoice in the amount of $32,134.07; and September 30, 2016, invoice for $6,543.36. The invoices are attached hereto as **Exhibit B** and total approximately $476,077.01.

15. These invoice represented the expert's fees and expenses, as well as Plaintiff IMS's fees, for the use of the expert by the Verint Defendants.

16. The Verint Defendants have not paid any of the invoices described in Paragraph 14.

17. As a result of the Verint Defendants' failure to pay the expert invoices, Plaintiff IMS has suffered and will continue to suffer damages, including the aforementioned $476,077.01, interest, costs, and attorneys' fees.

## COUNT II
## UNJUST ENRICHMENT

18. Plaintiff IMS incorporates the allegations of Paragraphs 1 through 17 as if fully set forth below.

19. Plaintiff IMS provided the Verint Defendants with an expert for the Verint Defendants use thereby conferring a benefit on the Verint Defendants.

20. The Verint Defendants were aware Plaintiff IMS provided the expert, and the Verint Defendants utilized the services of the expert.

21. The Verint Defendants have failed to pay Plaintiff IMS for the benefit of utilizing the subject expert.

- 5 -

22. Under the circumstances, it would be unjust for the Verint Defendants to not compensate Plaintiff IMS for the benefit of utilizing its expert.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff IMS requests an award of compensatory damages in the amount of $476,077.01, plus prejudgment and post-judgment interest, attorneys' fees and court costs, and additional relief to which Plaintiff IMS is entitled.

Respectfully submitted,

_____
Brian P. Henry, Esq. (89069)
Smith, Rolfes & Skavdahl Company, LPA
1605 Main Street, Suite 1106
Sarasota, Florida 34236
Phone: (941) 684-0100
Fax: (941) 684-0109
Service: bhenry@smithrolfes.com
srainwater@smithrolfes.com

*Attorney for Plaintiff, Intelligent Management Solutions, Inc. d/b/a IMS Expert Services*

## JURY DEMAND

A trial by jury is hereby demanded.

_____
Brian P. Henry