## IN THE U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| INTELLIGENT MANAGEMENT SOLUTIONS, INC. d/b/a IMS EXPERT SERVICES<br>4400 Bayou Boulevard, Suite 6<br>Pensacola, Florida 32503 | :<br>:<br>: | CASE NO.  3:16-cv-00618-RV-GRJ<br><br>Judge: Magistrate Judge Gary R. Jones |
| Plaintiff. | : | |
| vs. | : | |
| VERINT SYSTEMS, INC., ET AL.<br>175 Broad Hollow Road, Suite 100<br>Melville, New York  11747,<br><br>Defendant. | : | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

_____

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, INTELLIGENT MANAGEMENT SOLUTIONS, INC. d/b/a IMS EXPERT SERVICES, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, VERINT SYSTEMS, INC., VERINT AMERICAS, INC., and Corporation Service Company, with each side to bear its own costs and fees.

Dated: January 4, 2017          Respectfully submitted,

/s/ *Brian P. Henry*_____
Brian P. Henry, Esq. (89069)
Smith, Rolfes & Skavdahl Co., LPA
1605 Main Street, Suite 1106
Sarasota, FL  34236
T:  (941) 684-0100
F:  (941) 684-0109
E:  bhenry@smithrolfes.com
*Attorney for Plaintiff, Intelligent Management Solutions, Inc. d/b/a IMS Expert Services*

- 2 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Courts by using the ECF system, which will send a notice of electronic filing to all parties of record, this 4th day of January, 2017; I further certify that a copy of the foregoing will be forwarded via U.S. Mail to the following party who may be a non-ECF participate:

| | |
|---|---|
| Verint Americas, Inc.<br>175 Broad Hollow Road<br>Suite 100<br>Melville, New York 11747 | Verint Systems, Inc.<br>175 Broad Hollow Road<br>Suite 100<br>Melville, New York 11747 |

Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

                                                              /s/ *Brian P. Henry*__
                                                              Brian P. Henry, Esq